IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ROBERTS,

       Plaintiff,                    No. CIV S-11-0474 FCD DAD P

    vs.

M.D. McDONALD, et al.,

       Defendants.           ORDER

_____/

       Plaintiff has requested an extension of time to file an application to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's motion for an extension of time (Doc. No. 12) is granted; and

       2. Plaintiff is granted thirty days from the date of service of this order in which to file an application to proceed in forma pauperis.

DATED: July 19, 2011.

                                                                   _____
                                                                   DALE A. DROZD
                                                                   UNITED STATES MAGISTRATE JUDGE

DAD:9:md
robe0474.36ifp