IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ROBERTS,

      Plaintiff,                    No. 2:11-cv-0474 MCE DAD P

     vs.

M. D. McDONALD, et al.,

      Defendants.            ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On August 27, 2012, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Moore was returned unserved with the indication "no longer employed at High Desert State Prison, unable to locate." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through the California Public Records Act, California Government Code § 6250, et seq., or other means available to plaintiff if plaintiff still wishes to attempt to proceed in this action against defendant Moore. Alternatively, plaintiff may move to voluntarily dismiss this defendant.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, one summons, an instruction sheet, and a copy of the amended complaint (Doc. No. 19);

2. Within thirty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Moore;

    b. Two copies of the amended complaint; and

    c. One completed summons form.

Alternatively, plaintiff may file a motion to voluntarily dismiss defendant Moore from this action.

DATED: April 29, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
robe0474.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ROBERTS,

      Plaintiff,               No. 2:11-cv-0474 MCE DAD P

   vs.

M. D. McDONALD, et al.,        NOTICE OF SUBMISSION

      Defendants.            OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____    <u>one</u> completed summons form

     _____    <u>one</u> completed USM-285 form

     _____    <u>two</u> copies of the amended complaint

DATED:

                                                       _____
                                                       Plaintiff