IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ROBERTS,

      Plaintiff,                    No. 2:11-cv-0474 MCE DAD P

     vs.

M. D. McDONALD, et al.,

      Defendants.        <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed a motion to dismiss defendant Moore from this action without prejudice. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        1. Plaintiff's motion to dismiss defendant Moore without prejudice (Doc. No. 62) is granted; and

        2. Defendant Moore is dismissed from this action without prejudice.

DATED: August 29, 2013.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD: 9
robe0474.59