UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ROBERTS,<br><br>       Plaintiff,<br><br>   v.<br><br>M. D. McDONALD, et al.,<br><br>       Defendants. | No.  2:11-cv-0474 MCE DAD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se.  Pending before the court is plaintiff's motion for a court order directing the Clerk of the Court to provide him with conformed copies of all of the pleadings filed in this action.

As the court advised plaintiff when he commenced this action, pursuant to Local Rule 133, if plaintiff wishes to receive a conformed copy of a document for his records, he must send an original and two copies of his document AND a pre-addressed postage-paid envelope for the Clerk to return a copy to him.  The court will not provide copies or mailing services for a party, even for an indigent plaintiff proceeding in forma pauperis.

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a court order (Doc. No. 57) is denied.

Dated: November 7, 2013

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
robe0474.copy