IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PAUL D. ROBERTS,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**JERRY BROWN, et al.,**<br><br>　　　　　　Defendants. | Case No. 2:11-cv-0474-MCE-DAD P<br><br>**ORDER** |

　　　Defendants have filed a motion to modify the scheduling order.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Defendants' motion to modify the scheduling order (Doc. No. 71) is granted;

　　　2. The parties shall file all pretrial motions, except motions to compel discovery, on or before May 4, 2014; and

　　　3. Except as otherwise provided in this order, the court's discovery and scheduling order issued September 23, 2013, remains in effect.

Dated:  March 25, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1 | /robe0474.41mod
2 |
3 |
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |