IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PAUL D. ROBERTS,**<br><br>Plaintiff,<br><br>v.<br><br>**JERRY BROWN, et al.,**<br><br>Defendants. | Case No. 2:11-cv-0474-MCE-DAD P<br><br>**ORDER** |

Defendants have filed a second motion to modify the scheduling order. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order (Doc. No. 78) is granted;

2. Defendants shall file their motion for summary judgment as well as their opposition to plaintiff's motion for summary judgment on or before June 4, 2014; and

3. Except as otherwise provided in this order, the court's discovery and scheduling order issued September 23, 2013, remains in effect.

Dated: May 6, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1  /robe0474.41mod(2)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28