IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PAUL D. ROBERTS,** | Case No. 2:11-cv-0474-MCE-DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **JERRY BROWN, et al.,** | |
| Defendants. | |

Defendants have filed a third motion to modify the scheduling order. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order (Doc. No. 80) is granted;

2. Defendants shall file their motion for summary judgment as well as their opposition to plaintiff's motion for summary judgment on or before June 24, 2014; and

3. Except as otherwise provided in this order, the court's discovery and scheduling order issued September 23, 2013, remains in effect.

Dated: June 11, 2014

/robe0474.41mod(3)

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE