UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. ROBERTS,<br><br>      Plaintiff,<br><br>    v.<br><br>M.D. McDONALD, et al.,<br><br>      Defendants.<br>_____/ | No. 2:11-cv-0474 MCE DAD P<br><br><br><br><br>**AMENDED**<br>**ORDER & WRIT OF HABEAS CORPUS**<br>**AD TESTIFICANDUM** |

Paul Roberts, CDCR # F-59111, a necessary and material witness in a settlement conference in this case on August 20, 2014, is confined in California Institution for Men, (CIM), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge <u>Kendall J. Newman</u>, to appear by telephone at California Institution for Men, on Wednesday, August 20, 2014 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by telephone before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CIM, P.O. Box 128, Chino, California 91708:**

**WE COMMAND** you to produce the inmate named above to testify by telephone before Judge Hollows at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  July 18, 2014

/robe0474.841

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE