IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PAUL D. ROBERTS,**<br><br>                              Plaintiff,<br><br>  v.<br><br>**JERRY BROWN, et al.,**<br><br>                              Defendants. | 2:11-cv-0474-MCE-DAD<br><br>**JOINT STIPULATION DISMISSING DEFENDANTS CLARK, MIRANDA, REYNOLDS, AND SWINGLE FROM THIS ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

The parties stipulate to a voluntary dismissal of Defendants Clark, Miranda, Reynolds, and Swingle from this action with prejudice.  (Fed. R. Civ. P. 41(a)(1)(A)(ii).)

Dated:  August 20, 2014          /s/ Paul D. Roberts by THD
                                 Paul D. Roberts (F-59111)
                                 *Plaintiff Pro Se*

Dated:  August 21, 2014          /s/ Timothy H. Delgado
                                 Timothy H. Delgado
                                 Deputy Attorney General
                                 California Attorney General's Office
                                 *Attorney for Defendants Bevan, Clark, McDonald, Miranda, Reynolds, Swingle, and the California Department of Corrections and Rehabilitation*

The undersigned has reviewed the stipulation signed by the parties.  Pursuant to that stipulation, IT IS HEREBY ORDERED that Defendants Clark, Miranda, Reynolds, and Swingle are dismissed from this action with prejudice.

Dated:  August 28, 2014

*/robe0474.stip*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE