1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

12

**PAUL D. ROBERTS,**                    2:11-cv-0474-MCE-DAD

13
                              Plaintiff,   **STIPULATION FOR VOLUNTARY**
14                                         **DISMISSAL WITH PREJUDICE**
                                           **(Fed. R. Civ. P. 41(a)(1)(A)(ii))**
          **v.**
15

16   **JERRY BROWN, et al.,**

17                             Defendants.

18

19        Plaintiff Paul D. Roberts (F-59111) and Defendants Bevan, McDonald, and the California

20   Department of Corrections and Rehabilitation have resolved this case in its entirety.  Therefore,

21   the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil

22   Procedure 41(a)(1)(A)(ii).

23        Each party shall bear its own litigation costs and attorney's fees.

24   /////

25   /////

26   /////

27   /////

28   /////

1   Dated:  September 2, 2014                    */s/ Paul D. Roberts by THD*_____

2                                               Paul D. Roberts (F-59111)
                                                *Plaintiff Pro Se*

3   Dated:  September 2, 2014                    */s/ Timothy H. Delgado*_____

4                                               Timothy H. Delgado
                                                Deputy Attorney General

5                                               California Attorney General's Office
                                                *Attorney for Defendants Bevan, McDonald, and*

6                                               *the California Department of Corrections and*
                                                *Rehabilitation*

7

8        The undersigned has reviewed the stipulation signed by the parties.  Pursuant to that

9   stipulation, IT IS HEREBY ORDERED that:

10       1.  This action is dismissed with prejudice; and

11       2.  The Clerk of the Court is directed to close this case.

12   **Dated:  September 5, 2014**

13

14   _____
     DALE A. DROZD
15   /robe0474.stip(2)                    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28