UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. ROBERTS, | No. 2:11-cv-00474-MCE-DAD P |
| Plaintiff, | |
| v. | **ORDER** |
| M.D. McDONALD, et al., | |
| Defendants. | |

This is a prisoner civil rights action that Plaintiff and Defendants voluntarily dismissed pursuant to a settlement agreement in September 2014. Plaintiff has since filed two motions seeking enforcement of the settlement agreement. ECF Nos. 97, 99.[1]

Plaintiff claims that he settled this case for $4,150.00 and another case (Roberts v. CDCR, 2:12-cv-0247-KJM-AC (PC)) for $1,000.00. Plaintiff states in his motions that he has thus far received only $257.50 (and $150 of that amount went towards payment of his only restitution fine). Plaintiff seeks payment of the remaining $4,892.50 owed to him under the settlement agreement. Defendants have not responded to Plaintiff's allegations.

---

[1] Although Plaintiff labels his filings as motions to re-open this case, the substance of the motions indicates that he actually seeks enforcement of his settlement agreement. See, e.g., Pl.'s Mot. at 2 ("plaintiff seeks to re-open this case to [e]nforce payment of the settlement agreements"). Cf. Fed. Rules Civ. P. 59 and 60.

1

1 |     Defendants are hereby ORDERED to file a response to Plaintiff's allegation that
2 | they have not paid the remaining $4,892.50 owed to Plaintiff under the settlement
3 | agreement.  Defendants' response is due ten (10) days from the date this order is
4 | electronically filed.
5 |     IT IS SO ORDERED.
6 | Dated: May 13, 2015

                                     [signature]
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT